RECEIVED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUL 5 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MR. KENDRICK PEARSON

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

06CV3607
JUDGE GOTTSCHALL
MAGISTRATE JUDGE BROWN

vs.

RITA A. FRYE

EDWIN BURNETTE

KAREN SZPAJER

SUZANNE A. ISAACSON

LINDSAY HUGE

ALTHEA K. WELSH

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: _____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331(a) U.S. Code** (federal defendants)

____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Revised 4/01

1

I. **Plaintiff(s):**

A. Name: MR. KENDRICK PEARSON

B. List all aliases: KENDRICK QUINN, MAYNARD WAYLAND

C. Prisoner identification number: N82966

D. Place of present confinement: CENTRALIA C.C.

E. Address: PO BOX 711 CENTRALIA, IL 62801

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: RITA A. FRYE

Title: EX HEAD PUBLIC DEFENDER

Place of Employment: RETIRED

B. Defendant: EDWIN BURNETTE

Title: HEAD PUBLIC DEFENDER

Place of Employment: PUBLIC DEFENDER'S OFFICE, 69 W. WASHINGTON

C. Defendant: KAREN SZPAJER

Title: PUBLIC DEFENDER

Place of Employment: BRIDGEVIEW COURT HOUSE

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2 PAGE of DEFENDANTS

DEFENDANT: SUZANNE A. ISAACSON
Title: APPELLATE DEFENDER
Place of employment: Appellate Defenders office, 69 W. Washington

DEFENDANT: LINDSAY HUGE
Title: Post Conviction Attorney
Place of employment: Public Defenders office, 69 W. Washington

DEFENDANT: Althea K. Welsh
Title: Senior Counsel
Place of employment: Attorney Registration Disciplinary Commission

DEFENDANT: Lisa Rabiel
Title: Legal Assistant
Place of employment: Public Defenders office - 69 W. Washington

DEFENDANT: HAROLD WINSTON
Title: Supervisor
Place of employment: Public Defenders office, 69 W. Washington

### III. Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (✓) NO ( ) If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES ( ) NO (✓)

C. If your answer is **YES**:

1. What steps did you take?

2. What was the result?

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

D. If your answer is **NO**, explain why not: THE INSTITUTION dOES NOT dEAL with MATTERS Such AS this.

Revised 4/01

3

E. Is the grievance procedure now completed? YES ( ) NO (✓)

F. If there is no grievance procedure in the institution, did you complain to authorities? YES (✓) NO ( )

G. If your answer is YES:

1. What steps did you take?

   I fild A complaint with the A.R.D.C. SENIOR COUNSEL, AlthEA K. Welsh

2. What was the result?

   They REfuSEd to iNVestigate the matter THE A.R.D.C.

H. If your answer is NO, explain why not:

Revised 4/01

4

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois): **NONE!!**

    A. Name of case and docket number: _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    H. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

## V. Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Ms. Rita A. Frye, is liable for the things her employers do, I informed Ms. Frye on several occasions that her employer was not handling my case in it's best entrence. I've wrote letters to her (Ms Frye) as well as phone calls from me and my family about my situation, in which she did nothing. Edwin Burnette, has also received letters and phone calls from me and my family about how my constitutional rights are being violated. I informed them both, Rita Frye & Edwin Burnette, that I was being neglected my rights to Due Process and equal protection, Ms. Karen Szpajer, represented my case doing my motion to suppress evidence and quash arrest, in which arresting officers forced their way into my home at 1:30am without a search warrant, Ms. Szpajer, did not have that information suppressed, and allowed the court to over look this matter, also she refused to allow my witnesses to testifie doing this herein. Fifth Amendment, Fourteenth Amendment. And my Sixth Amendment. were violated. I asked the court to appoint me new counsel, after Ms. Szpajer

Refused to give me the help I needed, the court declined my request, even after several motions for new attorney. I informed Karen Szpajer supervisor the head of the Public Defenders office, Rita Frye I was denied assistance. 1-12-99 I attempted for the last time to receive new counsel, but was again denied by the court. The court knowing my fifth Amendment Right to due process was being violated, 4-13-99 I filed a pro se motion for change of venue, It was denied!! Again 6-24-99 I made it clear to the court my fourteenth Amendment was being violated, I asked, filed A Petition for S.O.J that was denied!! After being convicted of the crime, because the lack of legal defense I had. Suzanne A. Isaacson, was pointed by the Appellate court to represent me on my Appeal, I must say, she put together the "worse" Appeal I've ever seen, she did not sigh none of the inportant things that could have got me back in court, with me helping with most of the work, she didn't use any of my information, It took the Appellate court a few months only to denie my Appeal.

PAGE 3 OF STATEMENT OF CLAIM:

I then filed a Post Conviction Petition, with the Appellate office using all the cases I requested SUZANNE A. ISAACSON + sigh, adding; Ineffective Assistance of Counsel on her and KAREN SZPAJER, behalf. My Post Conviction was over turned and Remand, back to the circuit court for further proceedings.!! In which, SUZANNE A. ISAACSON is in violation of not allowing my fifth Amendment: Sixth Amendment: Eighth Amendment: Fourteenth Amendment: to be suppressed!! My Eighth Amendment: was violated, because if these Attorneys had done their jobs, and their supervisors (bosses) were over looking their employers work I would not have been in prison. Everything about prison is cruel and unusual in every way! March 22, 2005 my case retuned back to the circuit court, I was then pointed an attorney LINDSAY HUGE, by the Public Defender's office, Post Conviction Attorney. LINDSAY HUGE, whom also allowed my fifth Amendment: Sixth Amendment: Eighth Amendment and fourteenth Amendment: to be violated.. I've filed a complaint against LINDSAY HUGE, with the A.R.D.C. informing them of Ineffective Assistance of Counsel.

PAGE 4 OF STATEMENT CLAIM

Because of the legal assistance I received, I was trailed and convicted of a crime I did NOT do. In which all this information is in my Appeal and my Post Conviction Petition, and can/will be proven if your Court allow me a chance to prove my case. I also have other Constitutional violations contained in the record if you would like to see it?

In addition, I would like to add, I received an unfair trial, I was sentenced to more time than the case is allowed. Now the Attorney Lindsay Huge, has not done anything on my Post Conviction. It's been over a year, I have NOT been to court, I have not been informed of nothing going on. In fact, I've only received two letters from Lindsay Huge, since my case been Remanded back in the Circuit court. I have never spoke to Lindsay Huge, nor seen Huge!! I also was placed in an illegal line up, which my attorney refused to suppress that information. My attorney did not suppress the arresting offices so called information, claiming they had enough facts to enter my home without a warrant. Althea Welsh, of the A.R.D.C. Denied me assistance, which is in violation of Due Process, fifth Amendment. And fourteenth Amendment.

## PAGE 5 STATEMENT CLAIM

Althea Welsh, Refused to investergate these matters, When I clearly sent her enough information to show that My Rights were/are being violated by these Attorneys And their Supervisors/bosses.

Lisa Rabiel, Legal Assistance, IS Also liable for what is happening as well. She has been informed by me And my family about the help I'm NOT Receiving from this office

Harold Winston, Supervisor, Also is Resonsible for the Actions that are taking place in this office, I've wrote letters to him explaining what is going on with his office. He wrote me back Asking that I be patient with this office, And he tryed to explain the Nature of this Attorney Reason (Lindsay Huge) on why it's taken over a year and I have Not seen this Attorney And not Received Any information from this Attorney about this case!! I have evidence to everything I've stated in this complaint!

**VI.** **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be compensated five million dollars, for this ten years I would have done, for my pain and suffering, for being falsely imprisoned. I want this crime taken off my record! I Also want another hundred thousand put into an account for my dauther's education!!

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 29 day of JUNE, 2006

MR. Kendrick Pearson

_____
(Signature of plaintiff or plaintiffs)

MR. KENDRICK PEARSON
(Print name)

N82966
(I.D. Number)

CENTRALIA C.C.
PO Box 7711
CENTRALIA, IL 62801
(Address)

Revised 4/01

8

Relief: 2 page.

I want the public Defenders office, Appellate Court, And ANY office that deals with INMATES to be investigated. I would like if these Attorney be delt with for their handling of my CASE And other inmates.. I want my mother to be compensated for the stress she had to go through, I want her medical bill payed up for A year, And she be granted A big mother's day vacation!!